IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01301-MSK-MEH

CATHOLIC HEALTH INITIATIVES FOUNDATION and
ACE INDEMNITY INSURANCE COMPANY,

    Plaintiffs,

v.

BRACCO DIAGNOSTICS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2011.**

    The Joint Motion for Protective Order [filed March 29, 2011; docket #32] is **granted** as modified in paragraph 9(c). The modified Protective Order is issued and filed contemporaneously with this minute order.