IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01301-MSK-MEH

CATHOLIC HEALTH INITIATIVES FOUNDATION and
ACE INDEMNITY INSURANCE COMPANY,

    Plaintiffs,

v.

BRACCO DIAGNOSTICS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2011.**

    Defendant Bracco Diagnostics Inc.'s Motion for Leave to File First Amended Answer [filed June 1, 2011; docket #39] is **granted**. Plaintiffs do not oppose the relief requested. (Docket #45.) The motion is filed after the deadline for joinder of parties and amendment of pleadings (docket #19 at 5); however, Defendant asserts newly discovered evidence as the basis for amendment and as good cause for seeking amendment after the deadline. In consideration of Defendant's good faith argument, and as time remains for the parties to conduct discovery on the amended defenses (docket #38), the Court concludes that permitting leave to amend is in the interests of justice. Accordingly, the First Amended Answer located at docket #40 is accepted as filed.