IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01301-MSK-MEH

CATHOLIC HEALTH INITIATIVES FOUNDATION and
ACE INDEMNITY INSURANCE COMPANY,

      Plaintiffs,

v.

BRACCO DIAGNOSTICS, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2011.**

      Defendant's Unopposed Motion to Amend Scheduling Order [filed August 3, 2011; docket #58] is **denied without prejudice**. As explained in this Court's April 5, 2011 minute order, in consideration of the setting of the Rule 16 hearing before the District Court, this Court is not inclined to entertain any further requests for extensions of time. The Rule 16 hearing remains scheduled for January 5, 2012. The parties may submit a separate motion requesting rescheduling intended for the District Court.