IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01301-MSK-MEH

CATHOLIC HEALTH INITIATIVES FOUNDATION and
ACE INDEMNITY INSURANCE COMPANY,

      Plaintiffs,

v.

BRACCO DIAGNOSTICS, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2011.**

In light of the settlement of this matter, the motion hearing regarding Defendant's Unopposed Motion to Vacate and Reschedule Pretrial Conference and to Amend Scheduling Order [filed August 8, 2011; docket #61] currently scheduled for August 18, 2011, at 3:30 p.m. is **vacated** and the motion is **denied as moot**.